UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 24-cv-20901-MD

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

| Defendant No. | Store Name as Identified on Schedule A |
|---|---|
| 4 | XinYangYuanTong |
| 15 | Quincy LLC |
| 82 | YouYangYGSKJDZGJFIEOGHKFDJ |
| 143 | Homeys |
| 232 | Ingridstore |
| 241 | PeggyDoll |

Respectfully submitted on this 25th day of June, 2024.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com

Email: info@rubiolegal.com

By:/s/ *Humberto Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059