UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 24-cv-20901-MD

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

| Defendant No. | Store Name as Identified on Schedule A |
|---|---|
| 9 | Firjuty |
| 28 | Consmail Shop |
| 92 | shadehow |
| 146 | Whatever You Like |
| 166 | Autumn garden Co.ltd |
| 175 | BULESON |
| 178 | Mingyiq Inc |
| 182 | sheng YI |
| 183 | Yannee |
| 184 | LIKE MEI |
| 186 | Beauty Express |
| 187 | Sufanic |
| 191 | PEACNNG Co. Ltd |
| 192 | Beauty home |
| 194 | kedijiadianzi |
| 196 | Lucky Day |
| 197 | Enjoy Your Time |

| | |
|---|---|
| 201 | Bosisa |
| 204 | Haimni |
| 212 | kairuite |
| 213 | Beauty's Closet |
| 214 | SOFEIYA HOME |
| 215 | Smile Home |
| 216 | dabailunkeji |
| 217 | Kajove |
| 218 | Ruibeauty |
| 221 | Hollytree |
| 228 | Just 4U |
| 229 | juancheng |

Respectfully submitted on this 1st day of July, 2024.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

By:/s/ *Humberto Rubio*
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059